**FILED**
**11/18/2013**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ILLINOIS



| | |
|---|---|
| CARYN BRIDGET, ) | |
| GLEN BIDGET, ) | |
| MARK SWINAGAIN, ) | Case # |
| MARQUESE SWANIGAN, ) | |
| MARSHAN SWANIGAN, ) | |
| MIA SWINAGAIN ) | 13CV8269 |
| DERELL HARRIS. ) | JUDGE LEE |
| ) | MAG. JUDGE SCHENKIER |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE CITY OF CHICAGO ) | **RECEIVED** |
| And THE CHICAGO POLICE, ) | |
| Sergeant (PAZ) ) | NOV 1 8 2013 |
| ) | |
| Defendant. ) | THOMAS G. BRUTON |
| | CLERK, U.S. DISTRICT COURT |

## Complaint

1. This is an action for declaratory judgment and money damages brought under 42 U.S.C. § 1983 and the First, Fourth, and Fourteenth Amendments to the United States Constitution against the City of Chicago Police Department. This action is also against Sergeant PAZ, the officers who committed the acts complained of herein. Plaintiff alleges that the City of Chicago Police Department has a custom, pattern, practice, and/or policy of authorizing its officers to conduct illegal searches and seizures of private residents, unlawfully, in total disregard to the Constitution of the United States of America, The Magna Carta, And the Bill of Rights.

Pursuant to this custom, pattern, practice, policy, and/or the failure of the CPD to Appropriately train and/or discipline, Sergeant PAZ conducted an unlawful search of a private residence and evicted, detained, arrested Plaintiff without probable cause or reasonable suspicion, PAZ evicted the Plaintiffs from their home Mid-winter without Appropriate legal foundation, which he later maliciously prosecuted, Glen Bridget. Paz harassed, threatened to unlawfully **arrest**, and detained Plaintiff without probable cause or reasonable suspicion. The CPD is still to this day call the Plaintiff to Threaten the plaintiff with arrest and telling the Plaintiff that they had better not go into their home.
and Shelley on two separate dates.

## Jurisdiction

2. This Court has original jurisdiction over Plaintiffs federal law claims pursuant to 28 U.S.C. §§ 1331 and 1343(a)(4) and 42 U.S.C. § 1983. This Court has jurisdiction to issue the
requested declaratory relief pursuant to 28 U.S.C. §§ 2201(a) and 2202.

## Parties

1. Plaintiff, Carolyn Bridget, is an adult residing within the district in Chicago, Illinois.
2. Glen Bridget, is an adult residing within the district in Chicago, Illinois
3. Mia Swanigan, is an adult residing within the district in Chicago, Illinois.
4. Durrel Harris, is an adult residing within the district in Chicago, Illinois.
4. Stephan Julian, is an adult residing within the district in Chicago, Illinois.
5. Mark Swanigan, is an teenager residing within the district in Chicago, Illinois.
7. Marquis Swanigan is a teenager residing within the district in Chicago, Illinois.
8. Marshawn is a is an child residing within the district in Chicago, Illinois.

9. Defendant, The Chicago Police department, is a municipal government entity organized under the laws of
Illinois, with offices within the district in Chicago, Illinois. The
10. CPD has a legal responsibility to operate according to the laws of the United States and the State of Illinois, including, but not limited to, the United States Constitution.
11. Defendant, Sergeant Paz is a Sergeant employed by and acting under the authority of The Chicago Police Department. Plaintiff names Paz in his individual capacity.
12. Defendant, Other officers that were on the scene will also be employed by and acting under the authority of the Chicago Police Department. Plaintiff plains to name other officers that were on the scene in their individual capacity.
13. At all relevant times, the Defendants acted under color of state law. At all relevant times, Defendants acted outside the scope of their employment by Defendant, the Chicago Police Department.

## INTRODUCTION

1. On October 25, 2013 and until the time of filing this petition, The Plaintiffs have been force out of their home which they own and have lived at for more than 30 years by the city of City Chicago with out producing a Warrant or Court order of any kind. Even though the Plaintiffs ask all parties (defendants) repeatedly to produce so type of documentation that would show that the defendants had followed the Due Process standard afforded the Plaintiffs in the Constitution and Articles of Confederation. The Plaintiffs were not allowed to retrieve any of their personal possession even after tell notifying the Sergeant on the sense (Sergeant Paz) the there were two children with severe breathing problems that require breathing machines to assist them in breathing. And that the Machines and medication needed was in the home. Sergeant Paz was notified that they're where four people on medication in the home. None of which was allowed to retrieve their medication Plaintiffs were not allowed to go back in to the home. The Defendant also caused to be removed five car from the property and three Dogs. All of which were on the Plaintiffs property.

# BREIF

1. Plaintiffs is lawfully in possession of the premises commonly known and described as 7329 S. Dorchester Chicago IL. 60619. The CITY OP CHICAGO has been contacted by the Plaintiffs several times sense the event. Defendant's spokesmen have said repeatedly that there is no case of action in their system n regards o this matter.

2. Defendant has unlawfully evicted and Locked-out Plaintiffs without process of law by using Chicago police to forcibly remove and even arrest occupant. Defendant has acted without warrant or court order, which in clear violation of state and federal laws.

3. The Plaintiffs home use already been broken into twice with TVs and other electronics being removed. Continuation of this conduct by Defendant will cause Plaintiffs irreparable and immediate harm by depriving them of Housing during the winter, access to clothing, medicine, food, etc. All before a hearing can be had upon Plaintiff's Motion for a preliminary injunction, which will be filed forthwith.

4. The Plaintiffs has and will continue to suffer irreparable harm which each day that passes that they are keep for the home and belongings. As well as damage to the property due to the possible freezing of the water pipes, break INS, etc.

5. Plaintiffs cars have been taken and held at the auto pound and the dog pound. One of Plaintiffs' cars had the windshield and the side window smashed in by police on the sense (In front of the Plaintiffs home).

WHEREFORE, Plaintiffs prays that this Court enter a Temporary Restraining Order enjoining Defendant, Its officers, agents, employees, and all persons in active concert or participation with it, from the conduct complained of in Plaintiff's Complaint. And that Plaintiffs are allowed back into their home and all of their property and belongings are returned to them. That they may enjoy the Rights and Protection guaranteed them by the CONSTITUTION OF THE UNITED STATES.

## General Allegations

### A. Unlawful eviction and seizure of Cars and Dog, and Malicious Prosecution

27. As a direct and proximate result of (PAZs) actions, Plaintiff suffered the Following injuries and damages:

a. Violation of Plaintiffs rights under the Fourth Amendment to the United States Constitution, as applied to the states by the Fourteenth Amendment, to be free from criminal prosecution or Unlawful seizure of ones Property;

b. Violation of Their rights under the Fourth Amendment to the United States Constitution, as applied to the states by the Fourteenth Amendment, to be Free from an unreasonable search and seizure of their person and property;

c. Violation of their rights under the Fourth Amendment to the United States Constitution, as applied to the states by the Fourteenth Amendment, to be Free from malicious prosecution;

d. Loss of physical liberty; Property and

e. Loss Of Cars

f. Loss of Dogs.
g. Physical pain and suffering, emotional trauma, humiliation, and distress.

# PRAYER FOR RELIEF

*WHEREFORE,* Plaintiff, CARYN BRIDGET, GLEN BIDGET, MARK SWINAGAIN, MARQUESE SWANIGAN, MARSHAN SWANIGAN, MIA SWINAGAIN
DERELL HARRIS, requests that this Honorable Court grant the
Following relief:
a. Enter a declaratory judgment that the Defendants Sergeant (PAZ) and fellow officers
Violated the Fourth Amendment rights of the Plaintiffs, as applied to the
States by the Fourteenth Amendment to the United States Constitution,
When they, Violated Plaintiff's protected Right to be secure in Home and property,
Forcefully enter the Plaintiffs home and Evicted the Plaintiffs form their home without so much as a court order, or warrant.
b. Enter a declaratory judgment that the Defendants Sergeant (PAZ) and the Chicago
Police Department violated the Fourth and Fourth Amendment rights of the Plaintiffs,
As applied to the states by the Fourteenth Amendment to the United States
Constitution, when they, in direct violation of Plaintiff's protected rights,
Unlawfully Evicted Plaintiff Seized plaintiffs dogs and caused to be impounded Plaintiffs
Cars. Without reasonable suspicion or probable cause.
c. Enter a declaratory judgment that the Defendant Sergeant (PAZ) and the Chicago
Police Department violated the Fourth
Amendment rights of the Plaintiffs, as applied to the states by the
Fourteenth Amendment to the United States Constitution, when he
Maliciously prosecuted the Plaintiff on citations he authored that lacked
The appropriate legal foundation.
d. Enter a declaratory judgment that the Defendant The Chicago Police Department, a municipality, has a custom, pattern, practice, and/or policy of promoting, ignoring, and/or failing to discipline personnel acting under its authority who
act against, and violate, citizens' Fourth Amendment rights;
e. Enter an award for compensatory damages against all Defendants, jointly
and severally, and enter an award for punitive damages against Defendants
Sergeant (PAZ) and other Officers To be named later, and in amounts to be determined at trial;
f. Enter an award for costs, expenses, and counsel fees pursuant to 42 U.S.C.
§ 1988; and 13
g. Enter such other relief, as this Honorable Court may deem just and deserving.

ORAL ARGUMENT DEMANDED TO VOIR DIR THE COURT FOR COMPETENCY

Prepared and submitted by: *Caralyn Birdget* (signature)